IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WON SUN LEE,
    Plaintiff,

v.                                              Civil No. 3:20cv552 (DJN)

WON BOK LEE,
    Defendant.

**ORDER**

This matter comes before the Court on Defendant's Motion to Transfer (ECF No. 6), moving to transfer this case to the Newport News Division of this District. On September 1, 2020, Plaintiff responded that he consents to the transfer of this case to the Newport News Division. (ECF No. 8.) Because Plaintiff consents, and finding transfer of this case to the Newport News Division otherwise proper based on Defendant's residency, the Court hereby GRANTS Defendant's Motion (ECF No. 6) and DIRECTS the Clerk to transfer this case to the Newport News Division.

Upon transfer, this case shall be administratively CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                               /s/
                                                 David J. Novak
                                               United States District Judge

Richmond, Virginia
Dated: September 1, 2020